Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–19464–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lawrence A. Casanova
   710 New Jersey Avenue
   Mount Ephraim, NJ 08059
Social Security No.:
   xxx–xx–5583
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/11/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 11, 2019
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-19464-JNP
Lawrence A. Casanova                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Mar 11, 2019
                             Form ID: 148              Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db            +Lawrence A. Casanova,    710 New Jersey Avenue,    Mount Ephraim, NJ 08059-1933
517539958     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517521376     +Deutsche Bank National Trust Company,    HSI Asset Corporation,
               c/o McCalla Raymer Leibert Pierce, LLC,    99 Wood Ave. South, Suite 803,
               Iselin, NJ 08830-2713
517521377      PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 00:25:25     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 00:25:23     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517521374      EDI: CINGMIDLAND.COM Mar 12 2019 03:58:00     AT&T,   PO Box 537104,   Atlanta, GA 30353-7104
517631655     +EDI: CINGMIDLAND.COM Mar 12 2019 03:58:00     AT&T Mobility II LLC,   %AT&T SERVICES INC.,
               KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
517521375      EDI: CAPITALONE.COM Mar 12 2019 03:58:00     Capital One BAnk USA NA,   PO Box 71083,
               Charlotte, NC 28272-1083
518011523      EDI: IRS.COM Mar 12 2019 03:58:00     IRS,   PO Box 7346,   Philadelphia PA 19101-7346
517636016     +EDI: MID8.COM Mar 12 2019 03:58:00     Midland Funding LLC,   PO Box 2011,
               Warren, MI 48090-2011
517621549     +E-mail/Text: bankruptcy@pseg.com Mar 12 2019 00:24:22     PSE&G,   Attn: Bankruptcy,
               PO Box 490,   Cranford NJ 07016-0490
517523998     +EDI: RMSC.COM Mar 12 2019 03:58:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517521378     +EDI: VERIZONCOMB.COM Mar 12 2019 03:58:00     Verizon,   PO Box 5029,
               Wallingford, CT 06492-7529
517632590     +EDI: AIS.COM Mar 12 2019 03:58:00     Verizon,   by American InfoSource LP as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 11

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517578238      Lorae Casanova,   no address provided
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee Et
                Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric  Clayman   on behalf of Debtor Lawrence A. Casanova jenkins.clayman@verizon.net,
                connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
                summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Lawrence A. Casanova jenkins.clayman@verizon.net,
                connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6